In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

## NO. 09-24-00125-CR
_____

## IN RE CHARLES M. FARMER

Original Proceeding
County Court at Law No. 2 of Orange County, Texas
Trial Cause No. C112174

## MEMORANDUM OPINION

In a petition seeking a writ of mandamus, Charles M. Farmer complained that he has been denied a speedy trial in a misdemeanor case. Farmer, an inmate who is currently serving a ninety-nine-year sentence on a conviction for a felony offense, complained that the Texas Department of Criminal Justice is denying him privileges and opportunities because the Orange County Sheriff's Department filed a detainer regarding Trial Cause Number C112174 in February 2021. As relief, Farmer asked the appellate court to order the trial court to either dismiss the case or allow Farmer to plead guilty for time served.

1

The State filed a suggestion of mootness. According to the State, on June 3, 2024, pursuant to a plea bargain agreement Farmer pleaded guilty to evading detention in Trial Cause Number C112174 and was sentenced to one year in jail with credit for 365 days of pre-sentence jail time.

Generally, a mandamus petition becomes moot if the relator receives the relief he requested before the appellate court rules on the petition. *See In re Bonilla*, 424 S.W.3d 528, 534 (Tex. Crim. App. 2014) (orig. proceeding). It appears Farmer received the relief he requested through means other than by mandamus. Farmer has not disputed the State's suggestion of mootness. Accordingly, we dismiss the mandamus petition as moot.

PETITION DISMISSED.

PER CURIAM

Submitted on May 30, 2024
Opinion Delivered July 24, 2024
Do Not Publish

Before Johnson, Wright and Chambers, JJ.

2